IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

RONALD DUNN, )
)
    Plaintiff, )
)
v. ) Case No. CIV-13-00999-M
)
CAROLYN W. COLVIN, Acting )
Commissioner, Social Security )
Administration, )
)
    Defendant. )

## ORDER

On August 28, 2014, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Acting Commissioner of the Social Security Administration ("Acting Commissioner") denying plaintiff's application for disability insurance benefits under Title II of the Social Security Act, 45 U.S.C. §§ 416(I), 423. The Magistrate Judge recommended the Acting Commissioner's decision be reversed and remanded for further proceedings. The parties were advised of their right to object to the Report and Recommendation by September 17, 2014. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1)     ADOPTS the Report and Recommendation [docket no. 17] issued by the Magistrate Judge on August 28, 2014;

(2)     REVERSES the decision of the Acting Commissioner;

(3)     REMANDS for further administrative proceedings consistent with the Report and Recommendation; and

(4) ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this  19th   day of September, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE